

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-13-00277-CV |
| Style: | Carolyn Calkins James, Individually and as next friend of her elderly mother, Mary Olive Calkins |
| | **v** Honorable Olen Underwood, Honorable Patrick Sebesta, Fidelity and Deposit Company of Maryland, Richard Stephen Calkins, as agent in fact for Mary Olive Calkins, and Michael Easton, Individually and as assignee of Richard Stephen Calkins |
| Date motion filed[*]: | August 29, 2013 |
| Type of motion: | Second motion for extension of time to file brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's brief |

Is appeal accelerated?     No

If motion to extend time:

| | | |
|---|---|---|
| Original due date: | July 31, 2013 | |
| Number of previous extensions granted: | 1 | Current Due date: September 3, 2013 |
| Date Requested: | October 3, 2013 | |

Ordered that motion is:

☑     Granted

      If document is to be filed, document due: October 1, 2013

      ☑    The Court will not grant additional motions to extend time

☐     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

☐     Other: _____

_____
_____
_____
_____

Judge's signature: /s/ Harvey Brown
           ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: September 9, 2013

November 7, 2008 Revision